IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTHA M. CARTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVERSIFIED CONSULTANTS, INC., ) <br> ) <br> Defendant. ) <br> _____) | Civil Action File No. <br><br> _____ |

# COMPLAINT

## I. INTRODUCTION

1. This is an action for damages pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

## II. JURISDICTION

2. Jurisdiction of this Court arises under 28 U.S.C. §§ 1331, 1337, and 1367.

3. Venue is proper in this District because Plaintiff resides here, Defendant's registered agent is located here, and Defendant placed calls into this District.

## III. PARTIES

*Plaintiff*

4. Plaintiff is a natural person who resides in the Northern District of Georgia,

County of DeKalb, State of Georgia.

*Defendant*

5. Defendant is a Florida corporation.

6. Defendant is a debt collector.

7. Defendant's registered agent is Incorp Services.

8. The office of Defendant's registered agent is located at 1201 Peachtree Street, NE, Atlanta, Georgia  30361.

9. Defendant's registered agent may be served with legal process at the aforesaid address.

## IV.  STATUTORY STRUCTURE OF TCPA

10. The TCPA is designed to prevent certain types of unauthorized calls to cell phones.  47 U.S.C. § 227(b)(1)(A)(iii).

11. Auto-dialed calls (i.e., dialed by a computer), pre-recorded messages, and machine generated messages may only be used against a consumer if the consumer gave express permission to the creditor and/or the debt collector to do so.  47 U.S.C. § 227(b)(1)(A).

12. Violations of the TCPA entitle the consumer to receive actual damages and statutory damages.  47 U.S.C. § 227(b)(3).

13. Under the TCPA, statutory damages are in the amount of $500 per call or

$1500 per call.  47 U.S.C. § 227(b)(3).

## V. FACTUAL ALLEGATIONS

14. Defendant uses telephone communications in its businesses.

15. Defendant uses the mails in its businesses.

16. Defendant used an autodialer to place numerous phone calls to Plaintiff's cell phone number without Plaintiff's permission.

17. Said phone calls to Plaintiff's cell phone were placed within the last four years.

## VI. CAUSE OF ACTION: VIOLATIONS OF THE TCPA

18. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

19. Defendant used an autodialer to place calls to Plaintiff's cell phone.

20. Defendant's calls to Plaintiff's cell phone using an autodialer violated the TCPA.

21. There is no exception or justification for the numerous violations of the TCPA by Defendant.

22. None of Defendant's phone calls to Plaintiff's cell phone were for emergency purposes.

23. Each call to Plaintiff's cell phone is a separate violation and entitles Plaintiff

to statutory damages against Defendant in the amount of at least $500.00 per call.

24. The violations were made intentionally or recklessly and each attempted phone call should be assessed statutory damages of $1,500.00. 47 U.S.C. § 227(b)(3).

25. All actions taken by Defendant were taken with malice, were done willfully, recklessly and/or were done with either the desire to harm Plaintiff and/or with the knowledge that its actions would very likely harm Plaintiff and/or that its actions were taken in violation of the TCPA and/or that it knew or should have known that its actions were in reckless disregard of the TCPA.

26. All of the violations of the TCPA proximately caused the injuries and damages set forth in this Complaint.

## VII. TRIAL BY JURY

27. Plaintiff is entitled to and hereby respectfully demands a trial by jury.

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant for:

- an award of statutory damages in the amount of $500 or $1500 per call under the TCPA pursuant to 47 U.S.C. § 227(b)(3); and

- such other damages and further relief as may be just and proper.

Dated:  November 25, 2013		Respectfully submitted,


			By: s/Steven H. Koval
			Steven H. Koval
			Ga. Bar No. 428905
			Attorney for Plaintiff

			THE KOVAL FIRM, LLC
			3575 Piedmont Road
			15 Piedmont Center, Suite 120
			Atlanta, GA  30305
			Telephone:  (404) 350-5900
			Facsimile: (404) 549-4654
			SHKoval@aol.com

5

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B).  The foregoing COMPLAINT was prepared on a computer, using Times New Roman 14 point font.

This 25th day of November, 2013.


s/Steven H. Koval
Steven H. Koval
Ga. Bar No. 428905
Attorney for Plaintiff

THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA  30305
Telephone:  (404) 350-5900
Facsimile: (404) 549-4654
SHKoval@aol.com